IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES BOYLE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **DAVID SINGER,** *et al.*, | : | **NO. 15-1447** |
| Defendants. | : | |

## ORDER

**AND NOW,** this 30th day of April, 2015, upon consideration of Plaintiff's Motion to Remand (Docket No. 5) and Moving Defendants' Response (Docket No. 7), and Plaintiff's Motion for Sanctions (Docket No. 16) and Moving Defendants' Response (Docket No. 23), it is hereby **ORDERED** that:

1. Oral Argument on the Motion scheduled for June 15, 2015 is **CANCELLED**;

2. Plaintiff's Motion to Remand (Docket No. 5) is **GRANTED**;

3. The case is **REMANDED** to the Court of Common Pleas of Philadelphia County;

4. Plaintiff's Motion for Sanctions (Docket No. 16) is **DENIED without prejudice**;

5. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE